IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TERRY LEE BLACKBURN,  :
        Plaintiff  :   CIVIL ACTION NO. 3:CV-12-00021
  :
v.  :
  :   (Judge Nealon)
CAROLYN W. COLVIN,  :
Acting Commissioner of Social Security,  :
        Defendant  :

## ORDER

NOW, this 19th day of July, 2013, in accordance with the Memorandum issued this date,

**IT IS HEREBY ORDERED THAT:**

1. Plaintiff's appeal of the Commissioner's decision is **DENIED**.

2. The decision of the Commissioner of Social Security denying Plaintiff disability insurance benefits is **GRANTED**.

3. The Clerk of Court is directed to **CLOSE** this case.

_____
United States District Judge

FILED
SCRANTON

JUL 1 9 2013

PER _____
DEPUTY CLERK